IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS EDWARDS,

    Petitioner,

vs.

ARNOLD SCHWARZENEGGER, Governor,

    Respondent.

No. C 08-1902 WHA (PR)

**ORDER DENYING RESPONDENT'S MOTION FOR STAY**

This is a habeas case filed pro se by a state prisoner to challenge a Board of Parole Hearings decision denying him parole. Respondent now has filed a motion to stay this case indefinitely pending the en banc decision in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir.), *reh'g en banc granted*, No. 06-55392, slip op. at 1 (9th Cir. May 16, 2008).

Respondent asserts that a stay is warranted on basis of judicial economy because *Hayward* "may" decide various issues applicable to this case. It is an abuse of discretion for a district court to stay a habeas petition indefinitely pending appellate resolution of a different case involving parallel issues. *Yong v. INS*, 208 F.3d 1116, 1120-22 (9th Cir. 2000). Accordingly, the motion for a stay (document number 4 on the docket) is **DENIED**.

Respondent shall comply with the order to show cause within thirty days of the date this order is entered. The deadline for petitioner to file his traverse, which is calculated from the date the answer is filed, remains the same.

**IT IS SO ORDERED.**

Dated: August __18__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\EDWARDS1902.STAY-deny-R.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS EDWARDS,

        Plaintiff,

  v.

ARNOLD SCHWARZNEGGER et al,

        Defendant.

Case Number: CV08-01902 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cornelius Edwards
D-74803/ ED-157L
Correctional Training Facility
PO Box 689
Soledad, CA 93960

Dated: August 20, 2008

                                       Richard W. Wieking, Clerk
                                       By: D. Toland, Deputy Clerk